# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE</u>

**GRETCHEN GRECO**,
        **Plaintiff,**

    vs.

**COMMISSIONER OF SOCIAL SECURITY**,
        **Defendant.**

**CASE NUMBER:**
**5:05CV954     (NAM/DEP)**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, a Motion for Attorney Fees was granted in the amount of thirteen thousand eight hundred thirty dollars and ten cents ($13,830.10). Upon receipt of this award, Jaya Shurliff is to refund to the plaintiff, four thousand one hundred thirty dollars and fifty-one cents ($4,130.51), the amount previously awarded under the Equal Access to Justice Act to Jaya Shurliff.

All of the above pursuant to the order of the Honorable Judge Mordue, dated the 2nd day of February, 2010.

DATED: February 2, 2010

*[signature]*
Clerk of Court

        s/

_____
Marie N. Marra
Deputy Clerk